**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CALGON CARBON CORPORATION and NORIT AMERICAS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **Court No. 25-00028** ) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**TO:**    The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.  Name and Standing of Plaintiffs.

    Plaintiffs in this action are Calgon Carbon Corporation and Norit Americas, Inc. (collectively, "Plaintiffs"). As domestic producers in the United States of certain activated carbon, a domestic like product, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(C) that were parties to the proceeding that led to the determination being challenged. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2.  Brief description of the contested determination

    The contested determination is the U.S. Department of Commerce's Amended Final Results in the 16th annual administrative review of the antidumping order on certain activated carbon from the People's Republic of China. See Certain Activated Carbon From the People's Republic of China: Amended Final Results of Antidumping Duty Administrative Review; 2022–2023, 89 Fed. Reg. 104,978 (Dep't Commerce Dec. 26, 2024) ("Amended Final Results"); see also Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022-2023, 89 Fed. Reg. 92,893 (Dep't Commerce Nov. 25, 2024) ("Final Results"). Plaintiffs

contest the <u>Amended Final Results</u>.  These results are reviewable pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) & (B)(iii), and 28 U.S.C. § 1581(c). This summons is being filed within 30 days of the publication in the <u>Federal</u> <u>Register</u> of the <u>Amended Final Results</u> and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

3.  <u>Date of determination</u>

The contested <u>Amended Final Results</u> were issued on December 17, 2024.  <u>See</u> <u>Certain</u> <u>Activated Carbon From the People's Republic of China: Amended Final Results of</u> <u>Antidumping Duty Administrative Review</u>; <u>2022–2023</u>, 89 Fed. Reg. 104,978, 104,979 (Dep't Commerce Dec. 26, 2024).

4.  <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The Department's <u>Amended Final Results</u> were published in the <u>Federal</u> <u>Register</u> on December 26, 2024.  <u>See</u> <u>Certain Activated Carbon From the People's Republic of</u> <u>China: Amended Final Results of Antidumping Duty Administrative Review</u>; <u>2022–</u> <u>2023</u>, 89 Fed. Reg. 104,978 (Dep't Commerce Dec. 26, 2024).

<u>/s/ John M. Herrmann</u>
JOHN M. HERRMANN
R. ALAN LUBERDA
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, D.C.  20007
(202) 342-8488
jherrmann@kelleydrye.com
aluberda@kelleydrye.com
mbrewer@kelleydrye.com

Counsel to Calgon Carbon Corporation and Norit Americas, Inc.

Dated:  January 24, 2025

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in 19 U.S.C. § 1516a(a)(2)(A)(i)(I) & (B)(iii), the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant served.

> Director, Civil Division
> Commercial Litigation Branch
> U.S. Department of Justice
> 1100 L Street, N.W., Room 12124
> Washington, D.C. 20530
>
> General Counsel
> U.S. Department of Commerce
> 14th Street & Constitution Avenue, N.W.
> Washington, D.C. 20230
>
> Attorney-In-Charge
> International Trade Field Office
> Commercial Litigation Branch
> U.S. Department of Justice
> 26 Federal Plaza
> New York, NY 10278-0001

The Honorable Mario Toscano
Clerk of the Court

Date:  January ___, 2025                    By: _____

## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

### Calgon Carbon Corporation et al. v. United States
### CIT Court No. 25-00028

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, John M. Herrmann, hereby certify that on January 24, 2025, copies of the foregoing Summons, Form 5, Form 11, Form 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested unless otherwise indicated:

### UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

### UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of Ningxia Huahui Environmental Technology Co., Ltd.; Ningxia Mineral & Chemical Limited; Tancarb Activated Carbon Co., Ltd.**

Gregory S. Menegaz, Esq.
deKieffer & Horgan
1156 15th Street, N.W.
Suite 1101
Washington, DC  20005
Email: gmenegaz@dhlaw.com

**On behalf of Jilin Bright Future Chemicals Co., Ltd.**

Jonathan M. Freed, Esq.
Trade Pacific PLLC
700 Pennsylvania Ave, S.E.
Suite 500
Washington, DC  20003
Email: jfreed@tradepacificlaw.com

**On behalf of Datong Juqiang Activated Carbon Co., Ltd.**

Francis J. Sailer, Esq.
Grunfeld, Desiderio, Lebowitz, Silverman Klestadt, LLP
1201 New York Ave., N.W.
Washington, DC  20005
Email: fsailer@gdlsk.com

**On behalf of Bengbu Modern Environmental Co. Ltd.; Datong Hongdi Carbon Co., Ltd.; Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd.**

Mark Lehnardt, Esq.
Law Office of David L. Simon
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC  20006
Email: marklehnardt@dlsimon.com

**On behalf of Jacobi Carbons AB and its affiliates, (i) Jacobi Carbons Industry (Tianjin) Co. Ltd., (ii) Jacobi Carbons Tianjin International Trade Co., Ltd., (iii) Jacobi Adsorbent Materials (Tianjin) Co., Ltd., and (iv) Jacobi Carbons, Inc. (collectively, "Jacobi")**

Daniel L. Porter, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, N.W.
Washington, DC  20006
Email: dporter@curtis.com


**On behalf of Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd.**

Irene H Chen, Esq.
VCL Law LLP
1945 Old Gallows Road
Suite 630
Vienna, VA  22182
Email: ichen@vcllegal.com


**On behalf of Carbon Activated Tianjin Co., Ltd.**

John M. Peterson, Esq.
Neville Peterson LLP
55 Broadway
Suite 2602
New York, NY  10006
Email: jpeterson@npwny.com


**On behalf of Shanxi Sincere Industrial Co., Ltd. and Tianjin Channel Filters Co., Ltd.**

Zhang Yi, Esq.
Gaopeng & Partners
7th Floor, Tower B, Gateway Plaza, Xiaguangli No. 18, Chaoyang District
Beijing 100027, China
Email: zhangyi@gaopenglaw.com
**(registered mail)**

**On behalf of Beijing Pacific Activated Carbon Products Co., Ltd.**

Meng Jing, Esq.
Guantao Law Firm
19/F, Tower B, Xinsheng Plaza,
5 Finance Street,
Xicheng District, Beijing 100032, China
Email: mengjing@guantao.com
**(registered mail)**


**On behalf of Carbon Activated Tianjin Co., Ltd. and its affiliated U.S. importer, Carbon Activated Corporation**

Stephanie Hartmann, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC  20037
Email: stephanie.hartmann@wilmerhale.com


                                    /s/ John M. Herrmann
                                    John M. Herrmann
                                    KELLEY DRYE & WARREN LLP